UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN MEYERS, Plaintiff | ) | |
| v. | ) | C.A. No.: 04-06T |
| SOVEREIGN CHARTERS, LLC, Defendant | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, Sovereign Charters, LLC, in the above entitled action.

By its attorneys,

Seth S. Holbrook

Seth S. Holbrook, RI Bar No. 5677
HOLBROOK & MURPHY
150 Federal Street
Boston, MA 02110
(617) 428-1151

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~(by hand)~~ on 2-9-04

Seth S. Holbrook

2