AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Susan Meyers

V.

Sovereign Charters, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-06T

TO: (Name and address of Defendant)

Sovereign Charters, LLC
To Agent of Service:
James F. Hyman, Esq.
11 Memorial Blvd.
Newport, RI 02840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK DATE January 23, 2004

Paula Farrell Pletcher

(By) DEPUTY CLERK

3

James J Hagen 1/26/04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-26-04 |
|---|---|
| NAME OF SERVER (PRINT) Anthony Mancellosa | TITLE D Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Left Copies with Agent for Service James F Hyman Esq, 11-Memorial Blvd. Newport RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-26-04
Date

Signature of Server Anthony Mancellosa

34 Kelly St Barrington RI 02806
Address of Server

FILED
2004 FEB 11 P 4:02
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.