KNM 03-216 10/13/04

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN MYERS<br>Plaintiff, | : | |
| v. | : | C.A. NO. 04-06T |
| SOVEREIGN CHARTERS, LLC<br>Defendants. | : | |

## NOTICE TO TAKE DEPOSITION

Please take notice that the plaintiff, Susan Myers, will conduct the deposition of defendant, **SOVEREIGN CHARTERS, LLC**, on oral examination before a duly authorized notary public, or some other duly authorized person, *pursuant to Rule 30(b)(6) through its designee or designees who are identified by or who consent to testify on behalf of Sovereign Charters, LLC,* and the attached Schedule A, at the offices of **Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island** on **November 1, 2004** at **11:00a.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax
jtm@hansoncurran.com
knm@hansoncuran.com

6

**PROOF OF SERVICE**

I hereby certify that on this 14 day of October, 2004, I mailed a copy of the above to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110 and **Reporting Associates**, 10 Dorrance Street, Suite 220, Providence, RI 02903.

Jean C. Douglas
of Hanson Curran LLP

**SCHEDULE A**

Please produce person with the most knowledge concerning the hiring and supervision of Susan Myers, Stephen Quentel and all other members of the crew of the *Sovereign*, as well as the operation of the yacht, *Sovereign* and its tender during 2000 through 2002 with regard to the incident alleged in the complaint. This person should have knowledge of the tender as well as its maintenance and/or any modifications as well as the subject matter regarding the incident set forth in the Complaint and the defenses set forth in the answer of Sovereign Charters LLC.