JTM:ems 03-216 11/24/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUSAN MYERS
*Plaintiff,*

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants.*

**SECOND NOTICE TO TAKE DEPOSITION**

Please take notice that the plaintiff, Susan Myers, will conduct the deposition of defendant, **SOVEREIGN CHARTERS, LLC**, on oral examination before a duly authorized notary public, or some other duly authorized person, *pursuant to Rule 30(b)(6) through its designee or designees who are identified by or who consent to testify on behalf of Sovereign Charters, LLC,* and the attached Schedule A, at the offices of **Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island** on **MONDAY, DECEMBER 13, 2004** at **10:00 a.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

7

**PROOF OF SERVICE**

I hereby certify that on this 24th day of November, 2004, I served a copy of the within notice to take deposition by mailing copies of same to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110 and **Reporting Associates**, 10 Dorrance Street, Suite 220, Providence, RI 02903.

Elizabeth M. Siegel
of Hanson Curran LLP