JTM:ems 03-216 12/20/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUSAN MYERS
*Plaintiff,*

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants.*

**PLAINTIFF'S MOTION TO COMPEL ATTENDANCE OF DEFENDANT CORPORATION AT RULE 30(b)(6) DEPOSITION**

Now comes plaintiff, Susan Myers, through counsel, pursuant to the provisions of Rule 37(a)(2)(d) and Rule 12(a) of the Local Rules of the United States District Court for the District of Rhode Island and moves this Court for an order compelling defendant, Sovereign Charters, LLC, to present itself for deposition or otherwise face default in this action. This motion is such that no separate supporting memorandum of law is required. *See,* Rule 12(a)(1) of the Local Rules.

As grounds for this motion, plaintiff asserts that her counsel twice issued notices of deposition to the defendant. The first notice scheduled the deposition of Sovereign Charters, LLC for November 1, 2004. The deposition notice set forth the scope of the proposed deposition and was issued pursuant to Rule 30(b)(6). No one appeared for the deposition. Accordingly, after conferring with defendant's counsel, the deposition was rescheduled. The second notice scheduled the deposition for December 13, 2004. Again, no one appeared for the deposition. After further conferring with defendant's attorney, undersigned plaintiff's counsel is filing this

10

motion. Attached as Exhibit 1 to this motion is the transcript of the record opened by plaintiff's counsel on December 13th, with exhibits attached thereto. Exhibits A and B to the transcript are the two notices of deposition. Included is "Schedule A" setting forth the scope of the deposition and asking for defendant to produce the person "with the most knowledge concerning" various matters relevant to this case. Attached to the transcript as Exhibit C is plaintiff counsel's letter to defendant's attorney dated November 24, 2004. It addresses discovery non-compliance concerning both the deposition and outstanding interrogatory answers/responses to requests for production of documents.

As shown by Exhibits D, E, F and G to the transcript, Sovereign Charters, LLC is a Rhode Island corporation. Its annual reports are filed with the Rhode Island Secretary of State. It lists its "principal office address" as 11 Memorial Boulevard, Newport, Rhode Island.

Currently, pre-trial discovery is scheduled to close January 15, 2005. Thus far, defendant has not responded to plaintiff's interrogatories, nor has it produced any documents pursuant to plaintiff's request for production of documents. Separate motions to compel are pending with respect to those two discovery issues. Until plaintiff has received responses to the interrogatories and document requests, and had the opportunity to depose the person or persons most knowledgeable at Sovereign Charters LLC, it is impossible for plaintiff to determine whether or not any additional discovery is necessary. Therefore, plaintiff requests an order compelling defendant to present the appropriate Rule 30(b)(6) deponent(s) on behalf of Sovereign Charters, LLC for deposition at 10:00 a.m. on Monday, January 10, 2005 at the offices of Hanson Curran LLP in Providence, Rhode Island (or at such earlier date as may be mutually agreed upon plaintiff and defendant) or otherwise be defaulted in this matter.

Plaintiff, Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

**PROOF OF SERVICE**

I hereby certify that on this 20th day of December, 2004, I served the within motion by mailing a copy of same to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110.

of Hanson Curran LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUSAN MYERS

VS. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC

ORIGINAL

Proceedings relative to the proposed deposition of SOVEREIGN CHARTERS, LLC, pursuant to the Federal Rules of Civil Procedure, Rule 30(b)(6), on December 13, 2004, by the Plaintiff at the offices of Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island, commencing at 10:24 a.m., before Theresa A. Mullaugh, RMR, Notary Public.

APPEARANCES:

HANSON CURRAN, LLP
BY: JAMES T. MURPHY, ESQ.
Counsel for Plaintiff

EXHIBIT
1

REPORTING ASSOCIATES
10 Dorrance Street, Suite 617
Providence, RI 02903
(401) 351-1660

# I N D E X


| EXHIBITS ON BEHALF OF PLAINTIFF | PAGE |
|---|---|
| A - Second Notice to Take Deposition of Sovereign Charters, LLC, on December 13, 2004 | 5 |
| B - Notice to Take Deposition of Sovereign Charters, LLC, on November 1, 2004, with attached Schedule A | 5 |
| C - Letter dated November 24, 2004, to Robert J. Murphy, Esq., from James T. Murphy | 6 |
| D - RI Corporation Infolink document regarding Sovereign Charters, LLC | 6 |
| E - Limited Liability Company Annual Report for 2001 of Sovereign Charters, LLC | 7 |
| F - Limited Liability Company Annual Report for 2002 of Sovereign Charters, LLC | 7 |
| G - Limited Liability Company Annual Report for 2003 of Sovereign Charters, LLC | 7 |
| H - Docket Proceedings from the U.S. District Court Web PACER in the case of Meyers v. Sovereign Charters | 8 |
| I - Printout from Glidewell Laboratories Web site of Manager Biographies | 8 |

MR. MURPHY: It is now, according to my watch, 24 minutes past 10:00 in the morning on Monday, December 13, 2004.

I had issued a second notice to take the deposition, pursuant to Rule 30 (b)(6), of Sovereign Charters, LLC, the Defendant in this case, with an accompanying Schedule A.

The second notice scheduled the deposition to take place at 10:00 o'clock this morning at the offices of Hanson Curran, 146 Westminster Street, Providence, Rhode Island, today, December 13th.

The second Notice of Deposition was sent because no one appeared at the first scheduled deposition of Sovereign Charters, which had been scheduled for November 1st, 2004. On that date I spoke with Robert Murphy, who indicated no one would be available to come to the deposition.

I had sent a letter to him on November 24th following up on telephone conversations I had with him on November 19th and November 24th, reminding him that discovery closes January 15th; that Sovereign Yacht Charters did not appear for the 30(B)(6) deposition scheduled for November 1st and further, I had not received Answers to Interrogatories or responses to document requests,

which were then overdue.

With my letter of November 24th I enclosed copies of a draft motion to compel discovery with respect to the interrogatories and document requests as well as the new Notice For Deposition for December 13th.

What I'm going to do at this point is try to reach Defendant's attorney, Robert Murphy, to find out whether or not he has been delayed -- I have not heard anything from him -- and see what we can do from there. And then I may have some more matters to put on the record. So I'm going to suspend the record for the moment while I call Mr. Murphy.

(Whereupon, a brief recess was taken at 10:27 a.m.)

(Proceedings resumed at 10:31 a.m.)

MR. MURPHY: I'm back on the record.

In the presence of the stenographer/notary who is taking the deposition, I placed a call to the offices of Holbrook & Murphy in Boston, who represent the Defendant. The number that I dialed was (617) 428-1151. When it rang through there, I got the auto receptionist tape, which instructed me that if I wished to speak to Mr. Robert Murphy,

I should dial 233. I dialed that extension. I then got a voice message of Mr. Murphy's voice indicating that he was away from his desk and that I should leave a message, which I did. That was at about 10:30. It's about 10:33 right now.

I instructed Mr. Murphy that if he got back to his desk or if he was on the road or about to be on the road, that he should call me immediately as I'm on the record here.

What I'm going to do at this point is mark some exhibits in the event that I determine that it's appropriate to file motions for some type of discovery sanction or relief in this case given that discovery closes in approximately one month.

Exhibit A is the second notice to take the deposition of Sovereign Charters, LLC, dated November 24th.

(Plaintiff's Exhibit A for I.D. marked)

Exhibit B is the original notice of deposition and Exhibit A, which scheduled the deposition for November 1st.

(Plaintiff's Exhibit B for I.D. marked)

Exhibit C is my letter of November 24th, to Mr. Robert Murphy. There are some pen and ink additions to that letter, which were in the

original version that I sent to him referencing a telephone conversation of the 24th as well as the 19th, and also a noted P.S. asking Mr. Murphy to call me because I wanted to file a motion to compel Answers to Interrogatories and document responses the week of December 1st. That was almost two weeks from today back in history.

(Plaintiff's Exhibit C for I.D. marked)

Exhibit D is a document downloaded this morning by me from the Rhode Island Corporation Infolink of the Rhode Island Secretary of State's office. It's a Rhode Island corporation search for the active corporation named Sovereign Charters, LLC. There is a print-out indicating that it was filed as a Rhode Island corporation on 9/20/2000 for the purpose of boat charters and lists annual reports that are available. It lists the business address of Sovereign Charters, LLC, as 11 Memorial Boulevard, Newport, Rhode Island 02840 and its registered/resident agent as James Hyman, Esquire, of that address. That's Exhibit D.

(Plaintiff's Exhibit D for I.D. marked)

Exhibit E was also downloaded from the Secretary of State's Web site. It is a Limited

Liability Company Annual Report for the year 2001 for Sovereign Charters, indicating its principal office is 11 Memorial Boulevard, Newport, signed by James R. Glidewell as the member of the company.

(Plaintiff's Exhibit E for I.D. marked)

Exhibit F is a Limited Liability Company Annual Report for 2002, containing essentially the same information as Exhibit E, also signed by James R. Glidewell.

(Plaintiff's Exhibit F for I.D. marked)

Exhibit G is a Limited Liability Company Annual Report for the year 2003, also signed by James Glidewell. According to the information on Exhibit D, there is no 2004 Annual Report image available, at least on the Internet. It may or may not be on file with the Secretary of State's office however.

(Plaintiff's Exhibit G for I.D. marked)

The next exhibit is Exhibit H, which is a printout from the United States District Court Web PACER with the U.S. District Court For the District of Rhode Island for this case on Myers versus Sovereign Charters. It was printed out today from the PACER site as I wanted to find out

whether or not there had been any motions for protective order or other documents filed by defense counsel but that I might not have received.

The most recent entry on the docket is November 29, 2004, and it is a reference to the Second Notice by Susan Myers to take the deposition of Sovereign Charters. Nothing further after that appears on the docket, and I did not receive anything in the mail Friday or today with reference to this deposition. And my morning mail had come in at the time of this deposition.

(Plaintiff's Exhibit H for I.D. marked)

Last exhibit is Exhibit I, which is a printout from this morning of a Glidewell Laboratories Web site. It lists various managers of the corporation, not just Jim Glidewell but also an individual known as Darryl, D-A-R-R-Y-L, Withrow, W-I-T-H-R-O-W, Vice President of Operations.

(Plaintiff's Exhibit I for I.D. marked)

I base this upon discussions that I had on the 24th with Mr. Robert Murphy concerning the 30(B)(6) deposition. He had taken the position that first the deposition would have to take place

in California because that's where Glidewell Laboratories is located, and that the deponent who would be presented at the 30(B)(6) deposition would be Mr. Darryl Withrow, who is an officer of Glidewell Laboratories.

I indicated to him that this is a Rhode Island corporation, i.e. Sovereign Yacht Charters, and it is an individual with that company who should be deposed and they should be deposed here in Rhode Island. And I suggested to Mr. Murphy both over the phone and in the letter that if he felt otherwise, he should file a timely motion for protective order.

That all being said, I will now review these myself and determine whether to file motions to compel the deposition or motions to default due to failure to appear twice at a deposition and failure to answer interrogatories and failure to produce any documents or objections thereto in this case or seek some other type of sanction or relief.

I'm preparing this transcript for use by the U.S. Magistrate Judge and/or Judge Torres in their review of any motions that might be filed.

And it is now by my watch 21 minutes to

11:00. I have not heard from Mr. Robert Murphy. I had instructed our receptionist if he should call while I'm in the conference room with the stenographer, that the call be immediately routed to me. And I've heard nothing whatsoever since then. And it is now 10:40. The deposition was to have started 40 minutes ago, and I am going to suspend it at this time.

(Whereupon, the proceeding was concluded at 10:40 a.m.)

STATE OF RHODE ISLAND
ss. Providence, Rhode Island
COUNTY OF PROVIDENCE

BE IT KNOWN THAT I, Theresa A. Mullaugh, Shorthand Reporter and Notary Public, reported stenographically the foregoing transcript pursuant to notice at the time and place stated in the caption hereof; that I was then and there a Notary Public in and for the State of Rhode Island; that the foregoing pages contain a full, true and correct transcription of the notes of said proceeding.

I FURTHER CERTIFY that I am not of counsel nor attorney for either or any of the parties to said action or otherwise interested in the event thereof, and that I am not related to either or any of the parties to said cause.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of office this 13th of December, 2004.

Theresa A. Mullaugh, RMR
Notary Public

My Commission Expires:
June 20, 2005

STATE OF RHODE ISLAND
ss. Providence, Rhode Island
COUNTY OF PROVIDENCE

BE IT KNOWN THAT I, Theresa A. Mullaugh, Shorthand Reporter and Notary Public, reported stenographically the foregoing transcript pursuant to notice at the time and place stated in the caption hereof; that I was then and there a Notary Public in and for the State of Rhode Island; that the foregoing pages contain a full, true and correct transcription of the notes of said proceeding.

I FURTHER CERTIFY that I am not of counsel nor attorney for either or any of the parties to said action or otherwise interested in the event thereof, and that I am not related to either or any of the parties to said cause.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal of office this 13th of December, 2004.

Theresa A. Mullaugh

Theresa A. Mullaugh, RMR
Notary Public

My Commission Expires:
June 20, 2005

JTM:ems 03-216 11/24/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUSAN MYERS
*Plaintiff,*

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants.*

**SECOND NOTICE TO TAKE DEPOSITION**

Please take notice that the plaintiff, Susan Myers, will conduct the deposition of defendant, **SOVEREIGN CHARTERS, LLC**, on oral examination before a duly authorized notary public, or some other duly authorized person, *pursuant to Rule 30(b)(6) through its designee or designees who are identified by or who consent to testify on behalf of Sovereign Charters, LLC,* and the attached Schedule A, at the offices of **Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island** on **MONDAY, DECEMBER 13, 2004** at **10:00 a.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

PLAINTIFF'S EXHIBIT

**PROOF OF SERVICE**

I hereby certify that on this 24th day of November, 2004, I served a copy of the within notice to take deposition by mailing copies of same to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110 and **Reporting Associates**, 10 Dorrance Street, Suite 220, Providence, RI 02903.

Elizabeth M Siegel
of Hanson Curran LLP

KNM 03-216 10/13/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN MYERS<br>Plaintiff, | : | |
| v. | : | C.A. NO. 04-06T |
| SOVEREIGN CHARTERS, LLC<br>Defendants. | : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that the plaintiff, Susan Myers, will conduct the deposition of defendant, **SOVEREIGN CHARTERS, LLC**, on oral examination before a duly authorized notary public, or some other duly authorized person, *pursuant to Rule 30(b)(6) through its designee or designees who are identified by or who consent to testify on behalf of Sovereign Charters, LLC,* and the attached Schedule A, at the offices of **Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island** on **November 1, 2004** at **11:00a.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax
jtm@hansoncurran.com
knm@hansoncuran.com

PLAINTIFF'S EXHIBIT

**PROOF OF SERVICE**

I hereby certify that on this 14 day of October, 2004, I mailed a copy of the above to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110 and **Reporting Associates**, 10 Dorrance Street, Suite 220, Providence, RI 02903.

Jean C. Douglas
of Hanson Curran LLP

## SCHEDULE A

Please produce person with the most knowledge concerning the hiring and supervision of Susan Myers, Stephen Quentel and all other members of the crew of the *Sovereign*, as well as the operation of the yacht, *Sovereign* and its tender during 2000 through 2002 with regard to the incident alleged in the complaint. This person should have knowledge of the tender as well as its maintenance and/or any modifications as well as the subject matter regarding the incident set forth in the Complaint and the defenses set forth in the answer of Sovereign Charters LLC.

HANSON CURRAN LLP

COUNSELORS AT LAW

DAVID P. WHITMAN
MICHAEL T.F. WALLOR
JAMES T. MURPHY*
THOMAS R. BENDER

MEGAN J. GOGUEN†♦
KELLY N. MICHELS*
SARA L. ORTLEB*

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN NEW YORK
♦ALSO ADMITTED IN CONNECTICUT

KIRK HANSON 1948–1991
WILLIAM A. CURRAN 1957-2002

November 24, 2004

Robert J. Murphy, Esq.
Holbrook & Murphy, Esq.
150 Federal Street, 12th Floor
Boston, MA 02110

***Re: Susan Myers***
***Vs: Sovereign Charters***
***Our File: 03-216***

Dear Bob:

Following up on my telephone message of November 19, and 24th 2004, I note that the current discovery disclosure date is January 15, 2005. Although Susan Myers responded to your interrogatories and documents requests, and also submitted herself for deposition, Sovereign Yacht Charters did not appear for the Rule 30(b)(6) deposition scheduled for November 1st. Despite the subsequent telephone conversations that Kelly Michels and I had with you about this, we still do not have a new deposition date. Accordingly, I enclose herewith a new notice of deposition, with attached schedule, for Sovereign Charters, LLC. It is scheduled for Monday, December 13, 2004 at 10:00 a.m. This should give you a couple of weeks to arrange for attendance of the necessary witness or witnesses.

Also, we have not received answers to our interrogatories nor responses to our request for production of documents. The time for compliance is past, and all objections are deemed waived. Enclosed are draft motions to compel discovery compliance. I would like to get them filed soon, so please call me immediately upon receipt of this letter so that we can confer about resolving the non-compliance issue without need to resort to motion practice.

When we last spoke, I informed you that Susan Myers' doctors told her that she needs to have nerve block injections as a result of the on-going degeneration in her spine and without them the doctors will have to narcotic pain medication. This, I expect, will further delay her recovery and simply make matters worse. I understand that Atlantic

PLAINTIFF'S EXHIBIT
a
JM 12/13/04

Robert J. Murphy, E.
November 24, 2004
Page 2

indicated that it will not approve these blocks. Accordingly, we have a maintenance and cure issue. The damages in this case already are quite significant, but my client's health and ultimate recovery is of more importance than pursuit of an additional and maintenance and cure claim against the ship owner and its carrier.

Kindly give me a call upon receipt of this letters so we can discuss the aforementioned matters.

Very truly yours,

James T. Murphy
E-Mail Address: jtm@hansoncurran.com

JTM:ems

Bob - call me. I want to file the motion the week of Dec 13

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*
***Matthew A. Brown, Secretary of State***

Home | Administration | Archives & Public Records | Corporations | Elections | Business Development | Civics & Public Information

Corporations Database

# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms. Click Here for help with Boolean Searches

Submit | Reset

---

ANNUAL REPORT AUTO-FILL
Please Select the Year you are filing for:
2002: (View in Browser) OR (Save to PC)

2003: OR

2004: OR
(Note: You Need Adobe Reader Version 5 or above to create an auto-filled annual report, Click Here for the free download)

---

For Frequently Asked Questions regarding our Annual Report Autofill function or PDF's, Click Here

---

## ID# 114494

## SOVEREIGN CHARTERS, LLC

**Purpose:** BOAT CHARTERS

**General Information**

**Status:** AC
**Charter:** DLLC
**Chapter:** TITLE: 7-16
**State:** RHODE ISLAND
**Duration:** PERPETUAL
**File Date:** 9 /20 /2000

**Annual Report Image:**
2002 Annual
2003 Annual
2004 Image Not Available
**Help On Viewing Annual Reports**

**Effective Date:09/20/2000** **Sic Code: --**
**Last Report Date: 11/17/2003**
**Authorized Shares:**

---

| **Business Address** | **Name and Address of the Registered/Resident Agent** |
|---|---|
| SOVEREIGN CHARTERS, LLC<br>11 MEMORIAL BOULEVARD<br>NEWPORT, RI 02840-, USA | JAMES F. HYMAN, ESQ.<br>11 MEMORIAL BOULEVARD<br>NEWPORT, RI02840- USA<br>Agent is active...Registered office is maintained |

---

| **Primary Officer/Director/Partner/Manager Information** | **Mailing Information** |
|---|---|
| **Title:**<br><br>, , USA | JAMES HYMAN<br><br>11 MEMORIAL BLVD.<br>NEWPORT, RI02840- USA |

---

Corporations Division
Office of the Secretary of State Matthew A. Brown
100 North Main St.
First Floor
Providence, RI 02903
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Sandra Williams

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Off' of the Secretary of State
Co rations Division
100 North Main Street Providence, Rhode Island 02903-1335
Telephone (401) 222-3040

# LIMITED LIABILITY COMPANY

ID Number DLLC 114494 Annual Report for the year 2001

1. The name of the limited liability company is:

SOVEREIGN CHARTERS, LLC

2. The address of the principal office of the limited liability company is:

11 Memorial Boulevard, Newport, RI 02840

3. The state or other jurisdiction under the laws of which it is formed is RHODE ISLAND

4. The name and address of its resident agent is: JAMES F. HYMAN, ESQ.

11 MEMORIAL BOULEVARD NEWPORT RI 02840-

5. The current mailing address of the limited liability company and the name or title of a person to whom communications may be directed are: 11 Memorial Boulevard, Newport, RI 02840

James F. Hyman, Esq.

6. A brief statement of the character of the business in which the limited liability company is actually engaged in this state: Boat Charters

7. If the limited liability company has managers, the name and address of each manager of the limited liability company

| *Name* | *Address* |
| --- | --- |
| N/A | N/A |

Dated

114494

| FOR SECRETARY OF STATE USE ONLY | |
| --- | --- |
| File Date: | 10-17-01 |
| Check No.: | 3478 |
| By: | [signature] |

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

SOVEREIGN CHARTERS, LLC
*Exact Name of Limited Liability Company*

By James R Glidewell

James R. Glidewell, Member
*Title*

Form No. 632
Revised 01/99

DETACH BOTTOM BEFORE RETURNING

Please detach and mail the above section including payment in the amount of $50.00 made payable to Secretary of State. If the registered office and/or registered agent indicated below has changed, Form 642 must be filed in this office. Forms may be obtained by contacting this office at 401-222-3040, or from our web site at www.state.ri.us

PLAINTIFF'S EXHIBIT
E
12/13/04

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Office of the Secretary of State
100 North Main Street, Providence, RI 02903-1335
401.222.3040

# LIMITED LIABILITY COMPANY ANNUAL REPORT FOR THE YEAR 2002

*Filing Period: September 1 - November 1 ● Filing Fee: $50.00*

*(FORM MUST BE TYPED OR PRINTED IN BLACK)*

| | | | |
|---|---|---|---|
| 1. ID No. *114494* | 2. Exact name of the limited liability company SOVEREIGN CHARTERS, LLC | | |
| 3. State of Formation RHODE ISLAND | 4. Brief description of the character of the business which is actually conducted in Rhode Island BOAT CHARTERS | | |
| 5. Principal office address 11 MEMORIAL BOULEVARD | City NEWPORT | State RI | Zip 02840- |
| Contact Name JAMES F HYMAN | Contact Title ESQ. | | |
| Street Address 11 MEMORIAL BLVD. | City NEWPORT | State RI | Zip 02840- |
| Manager Name N/A | Manager Name N/A | | |
| Street Address | Street Address | | |
| City / State / Zip | City / State / Zip | | |
| Manager Name | Manager Name | | |
| Street Address | Street Address | | |
| City / State / Zip | City / State / Zip | | |
| Agent Name JAMES F. HYMAN, ESQ. | Address 11 MEMORIAL BOULEVARD | | |
| Address | City NEWPORT | Zip 02840- | |

*This report must be signed in ink by an authorized person pursuant to 7-16-66.*

* 1 1 4 4 9 4 *

114494 DLLC 9/19/02 3:32:48 PM
File Date 10-23-02
Check No. [illegible]
By [illegible]
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

James R Glidewell 10-14-02
Signature of Authorized Person Date

James R. Glidewell, Member
Print or Type Name of Authorized Person

Form 632 Rev. 6/02

PLAINTIFF'S EXHIBIT F

# LIMITED LIABILITY COMPANY ANNUAL REPORT FOR THE YEAR 2003

*Filing Period: September 1 - November 1* *Filing Fee: $50.00*

*(FORM MUST BE TYPED OR PRINTED IN BLACK)*

| | |
|---|---|
| *1. ID No.* 114494 | *2. Exact name of the limited liability company* SOVEREIGN CHARTERS, LLC |
| *3. State of Formation* RHODE ISLAND | *4. Brief description of the character of the business which is actually conducted in Rhode Island* BOAT CHARTERS |

| *5. Principal office address* | *City* | *State* | *Zip* |
|---|---|---|---|
| 11 Memorial Blvd. | Newport | RI | 02840 |

**6. MAILING ADDRESS OF LIMITED LIABILITY COMPANY AND NAME OR TITLE OF CONTACT PERSON:**

| *Contact Name* | *Contact Title* | | |
|---|---|---|---|
| James F. Hyman | Esq. | | |
| *Street Address* | *City* | *State* | *Zip* |
| 11 Memorial Blvd. | Newport | RI | 02840 |

**7. NAME AND ADDRESS OF EACH MANAGER OF THE LIMITED LIABILITY COMPANY, IF APPLICABLE**

**FILL IN SPACES BEFORE USING ATTACHMENTS** ***("X" BOX FOR ATTACHMENT)*** ☐

**ANY MODIFICATIONS TO MANAGERS REQUIRES FILING OF AMENDMENT, R.I.G.L. 7-16-12 (a) (2) / 7-16-52**

| *Manager Name* | | | *Manager Name* | | |
|---|---|---|---|---|---|
| n/a | | | n/a | | |
| *Street Address* | | | *Street Address* | | |
| *City* | *State* | *Zip* | *City* | *State* | *Zip* |
| *Manager Name* | | | *Manager Name* | | |
| *Street Address* | | | *Street Address* | | |
| *City* | *State* | *Zip* | *City* | *State* | *Zip* |

**8. RESIDENT AGENT IN RHODE ISLAND - DO NOT ALTER - Changes require filing of Form 642 - R.I.G.L. 7-16-11**

| *Agent Name* | *Address* | |
|---|---|---|
| JAMES F. HYMAN, ESQ. | | |
| *Address* | *City* | *Zip* |
| 11 MEMORIAL BOULEVARD | NEWPORT | 02840- |

*This report must be signed in ink by an authorized person pursuant to R.I.G.L. 7-16-66.*

*114494*

*File Date* 4/17/03

*Check No.* 4763

*By:* [signature]

FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

[signature: James R. Glidewell] 9.25.03

*Signature of Authorized Person* *Date*

James R. Glidewell, Member

*Print or Type Name of Authorized Person*

Form 632 Rev. 7/03

PLAINTIFF'S EXHIBIT G 12/13/04

---

## U.S. District Court

## District of Rhode Island (Providence)

## CIVIL DOCKET FOR CASE #: 04-CV-6

## Myers v. Sovereign Charters

Filed: 01/09/04
Assigned to: Judge Ernest C. Torres
Jury demand: Both
Demand: $0,000
Nature of Suit: 340
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 46:688 Jones Act

---

```
SUSAN MYERS                          James T. Murphy, Esq.
     plaintiff                       9, 521-7040
                                     [COR LD NTC ret]
                                     Hanson Curran LLP
                                     146 Westminster Street
                                     Providence, RI 02903-2218
                                     421-2154
                                     FTS 521-7040

   v.

SOVEREIGN CHARTERS, LLC              Seth S. Holbrook
     defendant                       617  443-1696
                                     [COR LD NTC]
                                     Holbrook & Murphy
                                     150 Federal Street, 12th Floor
                                     Boston, MA 02110
                                     617-428-1151
                                     FTS 443-1696
```

---

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 1/9/04 | 1 | COMPLAINT filed; (fpm) [Entry date 01/09/04] |
| 1/9/04 | -- | CASE assigned to Judge Ernest C. Torres . Assigned to Magistrate Judge Lovegreen (fpm) [Entry date 01/09/04] |
| 1/23/04 | -- | SUMMONS(ES) issued (paf) [Entry date 03/01/04] |
| 2/10/04 | 2 | ENTRY of appearance for Sovereign Charters by Seth S. Holbrook, Esq. (df) [Entry date 02/10/04] |
| 2/11/04 | 3 | RETURN OF SERVICE executed as to Sovereign Charters 1/26/04 Answer due on 2/17/04 for Sovereign Charters (df) [Entry date 02/11/04] |
| 3/10/04 | 4 | ANSWER to Complaint by Sovereign Charters (Attorney Seth S. Holbrook) jury demand (df) [Entry date 03/10/04] |
| 4/8/04 | -- | Pre-Trial Conference set at 9:30 6/2/04 Before Judge Ernest C. Torres (rj) [Entry date 04/08/04] |
| 6/2/04 | -- | Pre-Trial Conference held before Judge Torres; Plaintiff: James T. Murphy, Kelly Michaels; Defendant: Seth Holbrook, Robert Murphy; Discovery Schedule set; matter is referred to Magistrate Judge for Settlement Conference in early-Aug (2nd week) (rj) [Entry date 06/02/04] |
| 6/2/04 | 5 | SCHEDULING ORDER setting Discovery cutoff 1/15/05 ; Deadline for filing of all motions 1/15/05 ; Pretrial Memorandum Deadline 3/15/05; (signed by Judge Ernest C. Torres) [mailed to all counsel of record] (rj) [Entry date 06/02/04] |
| 6/2/04 | -- | Settlement conference set on 2:00 8/16/04 Before Magistrate Judge Robert W. Lovegreen (jt) [Entry date 06/02/04] |
| 9/10/04 | -- | This matter is reassigned to Mag. Judge Lincoln D. Almond. (dcap) [Entry date 09/15/04] |
| 10/14/04 | 6 | NOTICE by Susan Myers to take deposition of Sovereign Charters, LLC on 11/1/04 at 11:00 a.m. (df) [Entry date 10/18/04] |
| 11/29/04 | 7 | SECOND NOTICE by Susan Myers to take deposition of Sovereign Charters, LLC on Monday, 12/13/04 at 10:00 a.m. (df) [Entry date 12/01/04] |

Case Flags:

LDA

---

END OF DOCKET: 1:04cv6

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2004 10:11:40 | | | |
| **PACER Login:** | hc0096 | **Client Code:** | |
| **Description:** | docket report | **Search Criteria:** | 1:04cv00006 |
| **Billable Pages:** | 2 | **Cost:** | 0.14 |

PLAINTIFF'S EXHIBIT I Fm 12/13/04

GLIDEWELL LABORATORIES

MY ACCOU

1-800-854-725

HOME PRODUCTS SHIPPING EDUCATIONAL MATERIALS COMPANY

ABOUT US • CAREERS • CONTACT US • CONVENTIONS

Manage Biographie

*Set the Standard...*



**Jim Glidewell: Born in 1945, Las Vegas, Nevada** jglidewell@glidewell-lab.com
**President, CEO, CDT**

After military service in Southeast Asia he attended a 2 year dental tec hnology program at Orange Coast College and graduated in 1969. He formally opened Glidewell Laboratories in January 1970 and by 1981, operated 9 laboratories in Southern California. With the advent of overnight delivery systems the nine labs were consolidated to three. He has been instrumental in developing new equipment and techniques with the objective of keeping down dental laboratory expenses. He also directs the Research & Development Department in developing cost effective dental restorations. His hobbies include flying and golf.



**Rob Grice: Born in 1959, La Jolla, California** rgrice@glidewell-lab.com
**Chief Financial Officer**

He brings more than 20 years of financial experience to Glidewell. The executive financial positions he has held range from startups to Fortune 500 Companies in technology, retail and manufacturing. Rob is also a CPA with 10 years of public accounting experience with KPMG Peat Marwick and Ernst & Young. He lives with his wife and two daughters in Newport Beach and his hobbies include boating, scuba diving, snow and water skiing.



**Jim Shuck: Born in 1952, Rochester, New York** jshuck@glidewell-lab.com
**Vice President, Sales & Marketing**

He graduated with a BA in Biology and Genetics from San Diego State University in 1976. With over 28 years in the dental industry, his experience includes being president of Coltene Inc., director of marketing for Degussa Dental, and west area sales manager for Denticon, a division of American Hospital Supply Corp. Jim started his dental career as a sales representative for Zuest Dental Laboratory. He's a member of the Academy of Sports Dentistry and enjoys boating, camping and mountain biking.



**Darryl Withrow: Born in 1965, Sudbury, Massachusetts** dwithrow@glidewell-lab.com
**Vice President, Operations**

He graduated with a BA in Anthropology from the University of Maine in 1988. His career started at Glidewell in February 1989, where he spent the next two years in the Shipping & Receiving Department. He was then promoted to the Accounting Department, where he worked in accounts payable and as assistant to the controller. Finally, he was promoted to vice president of operations, a position he has held for the past seven years. In his off-time he enjoys spending time with his family, golfing and surfing.



**Juan Salcedo: Born in 1958, San Diego, California** jsalcedo@glidewell-lab.com
**Controller**

A graduate student of Stanford University, Juan completed his MBA from the UCLA Graduate School of Management in 1983, with an emphasis in Accounting and Finance. He is a CPA with public accounting experience with Deloitte, Haskins & Sells. Juan brings 15 years of financial and accounting experience with growing companies such as Mission Foods and Investors Business Daily. He lives with his wife and two daughters in Long Beach, and his hobbies include coaching soccer, running, volunteering at his kid's schools, and spending time with his family.



**Wolfgang Friebauer: Born in 1960, Duesseldorf, Germany** wfriebauer@glidewell-lab.com
**Chief Technology Officer, MDT**

He graduated in 1981 from Albrecht Duerer College in Duesseldorf, Germany as a certified dental technician. He went on to receive his Masters Degree in Dental Technology at the Bildungs Academy, Karlsruhe in 1995. He joined Glidewell Laboratories in 1996 as a ceramist, and in 1997 began to teach technicians the art of ceramics. In 1999 he started the Glidewell Education Center with 80 trainees and 3 instructors and in 2003 was promoted to chief technology officer. As CTO he now oversees



the HBG, and is a member of the ADA, AGD, AACD, CDA and the OCDS. He enjoys music, running, skiing and travel.



**Khem Young: Born in 1962, Vientiane, Laos**
**Manager, Composites & Wol-Ceram, CDT**

kyoung@glidewell-lab.com

She graduated in 1983 from Southern California College with a degree in Dental Technology. After working in all phases of laboratory work at Zimmer Dental Laboratory, she joined Glidewell Laboratories in 1992. She started as a ceramist but quickly moved into supervising ceramic in-process quality control. After several years, she was promoted to Composite Department supervisor and continues to oversee this area. At the beginning of this year she received a promotion to manager of Composites & Wol-Ceram which has experienced tremendous growth. Her hobbies include golfing, dancing, cooking and traveling with her husband.



**Joyce Cho: Born in 1962, Seoul, Korea**
**Manager, Full-Cast, CDT**

jcho@glidewell-lab.com

She graduated from Ewha Women's University in Seoul, Korea with a BA in Special Education. After marrying, she immigrated to the United States, enrolled in Huntington College of Dental Technology and graduated at the top of her class. In 1987, she began her career as a dental technician at a local lab and in 1988 joined Glidewell Laboratories as a metal finisher. Because of her high skill level, she became a ceramist and was asked to assist in the Education Department as an instructor for wax and metal finish. Today she oversees 40 technicians as Full-Cast manager. She enjoys watching movies with her husband, learning to build new things and spending time with her children.



© 2004 Glidewell Laboratories