KNM 03-216 12/21/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN MYERS<br>Plaintiff, | : | |
| v. | : | C.A. NO. 04-06T |
| SOVEREIGN CHARTERS, LLC<br>Defendants. | : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that the Plaintiff, Susan Myers, will conduct the deposition of **GERARD GIRASOLE, M.D.,** on oral examination before a duly authorized notary public, or some other duly authorized person, at the office of **Gerard Girasole, M.D., 888 White Plains Road, Trumbull, CT 06611 on January 21, 2005 at 2:00 p.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax
jtm@hansoncurran.com
knm@hansoncuran.com

13

**PROOF OF SERVICE**

I hereby certify that on this 23rd day of December, 2004, I mailed a copy of the above to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110, **Brandon Smith Reporting Services, LLC**, 44 Capitol Avenue, Hartford, CT 06106**,** and to **William W. White, Videographer**, 121 Phenix Avenue, Cranston, RI 02920.

of Hanson Curran LLP