JTM:ems 03-216 1/03/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

JAN 03 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUSAN MYERS
*Plaintiff,*

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants.*

**MOTION FOR LEAVE TO EXCEED PAGE LIMITS WITH RESPECT TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

GRANTED 1/4/05 USMJ

Now comes plaintiff, Susan Myers, and moves this Court for leave to exceed the page limitation requirement with respect to her opposition to defendant's emergency motion for protective order.

On December 30, 2004, plaintiff received defendant's "emergency" motion for a protective order with respect to the Rule 30(b)(6) deposition of defendant. The plaintiff immediately prepared an objection and response memorandum. Attached to the response memorandum (which itself met the page limitation requirements) were 10 exhibits. The exhibits support and evidence the assertions made in the reply memorandum. The 10 exhibits total 20 pages. In order to comply with the page limitation order counsel detached the exhibits from the memorandum and filed the memorandum *sans* exhibits Plaintiff asserts that the exhibits will assist the Court in rendering a fair, informed, and just ruling on the defendant's emergency motion for protective order.

19

Accordingly, plaintiff respectfully requests this Honorable Court for leave to exceed the page limitations and file the exhibits to support its opposition to the motion for protective order.

Respectfully submitted,

Plaintiff, Susan Myers
By her Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

**PROOF OF SERVICE**

I hereby certify that on this 3d day of January, 2005, I served the within document by mailing a copy of same to **Seth S. Holbrook, Esq. and Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110.

of Hanson Curran LLP