**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CA04-6T **DATE: January 5, 2005**

**TITLE: Susan Myers v. Sovereign Charters**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Jim Mc[illegible]y, Esq.
Kelly Michaels, Esq.
Seth Holbrook, Esq. (by phone)
Bob Murphy, Esq. (by phone)

**PROCEEDINGS:**

Defendant's Emergency Motion for Protective Order
Plaintiff's Motion to Compel Attendance of Defendant Corporation at Rule 30(b)(6) Deposition
Plaintiff's Motion to Compel Responses to Request for Production
Motion to Compel Answers to Interrogatories

Attorneys argue.

**RULING:**

Defendant's Emergency Motion for Protective Order - **Withdrawn**
Plaintiff's Motion to Compel Attendance of Defendant Corporation at Rule 30(b)(6) Deposition - **Withdrawn**
Plaintiff's Motion to Compel Responses to Request for Production - **Denied as Moot w/o Prejudice**
Motion to Compel Answers to Interrogatories - **Denied as Moot w/o Prejudice**

20