JTM:ems 03-216 12/20/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEC 21 2004

SUSAN MYERS
*Plaintiff,*

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants.*

**PLAINTIFF'S MOTION TO COMPEL ATTENDANCE OF DEFENDANT CORPORATION AT RULE 30(b)(6) DEPOSITION**

1/6/05: DENIED WITHOUT PREJUDICE. PARTIES WILL ATTEMPT TO RESOLVE ISSUE THROUGH USE OF TELEPHONIC DEPOSITIONS. USMJ

Now comes plaintiff, Susan Myers, through counsel, pursuant to the provisions of Rule 37(a)(2)(d) and Rule 12(a) of the Local Rules of the United States District Court for the District of Rhode Island and moves this Court for an order compelling defendant, Sovereign Charters, LLC, to present itself for deposition or otherwise face default in this action. This motion is such that no separate supporting memorandum of law is required. *See,* Rule 12(a)(1) of the Local Rules.

As grounds for this motion, plaintiff asserts that her counsel twice issued notices of deposition to the defendant. The first notice scheduled the deposition of Sovereign Charters, LLC for November 1, 2004. The deposition notice set forth the scope of the proposed deposition and was issued pursuant to Rule 30(b)(6). No one appeared for the deposition. Accordingly, after conferring with defendant's counsel, the deposition was rescheduled. The second notice scheduled the deposition for December 13, 2004. Again, no one appeared for the deposition. After further conferring with defendant's attorney, undersigned plaintiff's counsel is filing this

21