FILED
DEC 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

********************************)
SUSAN MYERS, )
Plaintiff )
)
v. ) Civil Action No.: 04-06T
)
SOVEREIGN CHARTERS, LLC, )
Defendant )
********************************

1/6/05: DENIED WITHOUT PREJUDICE. PARTIES WILL ATTEMPT TO RESOLVE ISSUE THROUGH USE OF TELEPHONIC DEPOSITIONS. USMJ

## DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER

Now comes the defendant in the above captioned matter, by and through its undersigned attorney, and respectfully moves this Honorable Court for a Protective Order that the 30(b)(6) deposition of the defendant should not take place in Rhode Island. The defendant respectfully asserts that the deposition should take place, if at all, in California where the witness works and resides. This motion is filed on an emergency basis because the plaintiff seeks to default the defendant if the deponent does not appear for deposition on January 10, 2005.

In the alternative, in the event this Honorable Court does not see fit to grant the requested relief, and Orders the deponent to appear in Rhode Island, that the defendant be provided a reasonable amount of time beyond January 10, 2004 to present the witness for deposition.

In support of this motion, the defendant respectfully asserts that the proposed deponent is a resident of the state of California, and that any deposition should occur, if at all, in the State of California. *See* 4 JAMES WM. MOORE, MOORE'S FEDERAL PRACTICE ¶ 26.70, at 454 (2d ed.1993)("The cases indicate, however, that the

22