DEC 13 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JTM:ems 03-216 11/24/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUSAN MYERS
*Plaintiff*,

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants*.

**MOTION TO COMPEL**
**ANSWERS TO INTERROGATORIES**

DENIED AS MOOT. 1/6/05
USMJ

Now comes plaintiff, pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure and Rule 12(a)(1) of the Local Rules of the United States District Court for the District of Rhode Island and moves this Honorable Court for an order compelling defendant, Sovereign Charters, LLC, to respond to plaintiff's interrogatories, in full. Plaintiff served her interrogatories, with a date of service of October 14, 2004. Two months have passed. The time within which to file answers to the interrogatories has expired. Likewise, the time within which to serve objections to the interrogatories is expired and, accordingly, objections are waived pursuant to Rule 33(b). Plaintiff's counsel asserts that he had telephone conversations with defendant's counsel on November 19 and 24, 2004, and offered a stipulated extension, but no stipulation form was forthcoming. On November 24th plaintiff's counsel also sent defendant's attorney a letter enclosing an earlier draft version of this motion. A copy of that letter is attached hereto as Exhibit "1". On December 13, 2004, defendant and its counsel were scheduled to appear for a

23