:ems 03-216 11/24/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEC 13 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUSAN MYERS
*Plaintiff,*

v. C.A. NO. 04-06T

SOVEREIGN CHARTERS, LLC
*Defendants.*

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION**

Now comes plaintiff, Susan Myers, and pursuant to the provisions of Rule 37(a)(1) of the Federal Court Rules of Civil Procedure and Rule 12(a) of the Local Rules of the United States District Court for the District of Rhode Island and moves for an order compelling defendant to serve responses to plaintiff's request for production of documents within ten (10) days of the date that the Court rules on this motion.

As grounds for this motion, plaintiff avers that on or about October 14, 2004, plaintiff served a request for production of documents upon defendant's counsel. No documents were produced by defendant pursuant to the request for production, nor were any objections timely interposed by counsel for the defendant. Two months have passed without compliance.

On November 19 and 24, 2004, undersigned plaintiff's counsel telephoned defense counsel with respect to the non-compliance with discovery and to confer about the matter. Also, plaintiff's counsel sent a letter to defense counsel, dated November 24, 2004, enclosing a draft copy of this motion and a request to confer concerning the non-disclosure. A copy is attached hereto as Exhibit "1". On December 13th, plaintiff counsel again called defendant's attorney to

DENIED AS MOOT. 1/6/05
USMJ

24