**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Susan Myers,
Plaintiff

vs. C.A. No. 04-06T

Sovereign Charters, LLC,
Defendant

**ORDER**

The joint motion to extend the discovery deadline is hereby GRANTED. The following scheduling order will be entered:

Fact discovery closure date will be June 15, 2005;

Plaintiff's expert disclosures will be due June 30, 2005;

Defendant's expert disclosures will be due July 30, 2005;

Expert depositions will be completed by August 30, 2005;

Pretrial Memoranda will be filed on or before October 15, 2005.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 5/12/05

31