KNM 03-216 10/24/05

RECEIVED
OCT 24 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN MYERS<br>*Plaintiff,*<br><br>v.<br><br>SOVEREIGN CHARTERS, LLC<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 04-06T |

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed to by and between the parties that the above-captioned matter may be dismissed, with prejudice, no interest, no costs.

Kelly N. Michels

Kelly N. Michels, Esq. #6478
*Attorney for Plaintiff*
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Robert J. Murphy (KNM)

Robert J. Murphy, Esq.
*Attorney for Defendant, Sovereign Charters, LLC, signed by Kelly N. Michels, Esq. by Assent of Robert J. Murphy, Esq.*
HOLBROOK & MURPHY
150 Federal Street
Boston, MA 02110

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 10/28/05

**PROOF OF SERVICE**

I hereby certify that on this 24th day of October, 2005, I served the within document by mailing a copy of same to **Robert Murphy, Esq.**, HOLBROOK & MURPHY, 150 Federal Street, 12th Floor, Boston, MA 02110.

Elizabeth Machado
of Hanson Curran LLP